UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Pamela Crews,

       Plaintiff,                          Case No. 11-11656

v.                                          Hon. Nancy G. Edmunds

Fannie Mae, Wells Fargo Home Mortgage,
United Guaranty, Chase FL 5-3102, and
Trott & Trott,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants Wells Fargo and Fannie Mae's motion for summary judgment [#15] is GRANTED, the Court *sua sponte* grants summary judgment to the non-moving Defendants United Guaranty, Chase FL 5-3102, and Trott & Trott, and the case is hereby DISMISSED.

      SO ORDERED.

                                         s/Nancy G. Edmunds
                                         Nancy G. Edmunds
                                         United States District Judge

Dated: February 28, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 28, 2012, by electronic and/or ordinary mail.

                                         s/Carol A. Hemeyer
                                         Case Manager